IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| A.F. of L-A.G.C. BUILDING TRADES WELFARE and PENSION PLAN, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 10-0402-CG-C |
| IRON MOUNTAIN CONSTRUCTION, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

The parties having filed a joint stipulation for dismissal on August 4, 2011 (Doc. 27), it is **ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

**DONE and ORDERED** this 4th day of August, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE